IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-00538 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 17 2008

GREGORY C. LANGHAM
CLERK

ERIC ADAMS,

Applicant,

v.

R. WILEY,

Respondent.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING APPLICANT TO CURE DEFICIENCY

Applicant has submitted a "Motion to File 28 USC 2241 Minus the Courts Form to File a 2241 Habeas Corpus." In the Motion, Applicant seeks to file a 28 U.S.C. § 2241 action without using the Court-approved form. Applicant claims that the form is inadequate because he seeks to challenge his conviction. The Court will deny Applicant's Motion. In accordance with the United States District Court for the District of Colorado Local Rules of Practice, Local Rule 8.2 A., Applicant is required to file his application on a Court-approved form used in filing § 2241 actions.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that Applicant has failed to file an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and has failed either to pay the $5.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. Notwithstanding the deficiencies, the Clerk of the Court will be

directed to commence a civil action. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers which Applicant files in response to this Order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) _X_ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) _X_ other: motion is necessary only if filing fee is not paid in advance.

**Complaint, Petition or Application:**
(10) _X_ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the Clerk of the Court commence a civil action in this matter. It is

FURTHER ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order.** Any papers which Applicant files in response to this Order must include the civil action number on the Order. It is

2

FURTHER ORDERED that the Clerk of the Court mail to Applicant, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action; Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED at Denver, Colorado, this 13th day of March, 2008.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-CV-00538

Eric Adams
Reg. No. 44221-053
USP - MAX
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 3-17-08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk