FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 9 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00538-BNB

ERIC ADAMS,

Applicant,

v.

R. WILEY,

Respondent.

ORDER

Applicant Eric Adams, on March 31, 2008, filed a *pro se* "Motion Pursuant to Fed. R. Civ. P. 54(b)." In the Motion, Mr. Adams asserts that the March 17, 2008, Order entered by Magistrate Judge Boyd N. Boland incorrectly requires him to file his claims on a Court-approved form used in filing 28 U.S.C. § 2241 actions. The Motion is improper. For the reasons stated below, the Motion Pursuant to Fed. R. Civ. P. 54(b) will be construed properly as an Objection to the March 17, 2008, Order and will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A) a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. The Court has reviewed the file and finds that Magistrate Judge Boland's March 17, 2008, Order is not clearly erroneous or contrary to law. As explained by Magistrate Judge Boland, Applicant must file his § 2241 claims on a Court-approved form. To the extent that Mr.

Adams seeks to challenge his criminal conviction in the United States District Court for the Eastern District of New York and such a challenge is appropriate, he is able to complete the portions of the form that are relevant and set forth his claims in a simple and concise manner pursuant to Rule 8 of the Federal Rules of Civil Procedure. Simply because Mr. Adams claims to be "keen and pragmatic in jurisprudence," (Mot. Minus Court Form at 2), he is not exempt from presenting his claims to the Court on a Court-approved form. Accordingly, it is

ORDERED that the "Motion Pursuant to Fed. R. Civ. P. 54(b)" is construed as an Objection filed pursuant to 28 U.S.C. § 636(b)(1)(A) and is overruled. It is

FURTHER ORDERED that Applicant shall have **thirty days from the date of this Order** to comply with the March 17, 2008, Order as directed. It is

FURTHER ORDERED that the Clerk of the Court mail to Applicant, together with a copy of this Order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

DATED at Denver, Colorado, this 8 day of April, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00538-BNB

Eric Adams
Reg. No. 44221-053
ADX - Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 4/9/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk